United States District Court
Southern District of Texas
**ENTERED**
August 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ROGELIO REGALADO** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-CV-00290 |
| | § | |
| **HIDALGO COUNTY, J.E. EDDIE GUERRA, LAURA HINOJOSA, and YVETTE VIDAURRI,** | § § § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 24, 2024 Report and Recommendation ("R&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 21). Magistrate Judge Alanis made findings and conclusions and recommended that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Dkt. No. 19), be denied and that Plaintiff's Notice of Appeal, (Dkt. No. 17), be certified as not taken in good faith. (Dkt. No. 21 at 1, 6).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Alanis's R&R (Dkt. No. 21) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Dkt. No. 19), is **DENIED**; and

(3) Plaintiff's Appeal, (Dkt. No. 17), is **CERTIFIED** as not taken in good faith.

It is SO ORDERED.

Signed on August 10, 2024.

                                                              **DREW B. TIPTON**
                                          **UNITED STATES DISTRICT JUDGE**